**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, | Case No.: 2:26-cv-00216-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| MITCHELL S. BISSON, et al., | |
| Defendants | |

In light of plaintiff ALPS Property & Casualty Insurance Company's response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 4) is satisfied, and I will not dismiss for lack of subject matter jurisdiction at this time. However, plaintiff remains responsible for establishing subject matter jurisdiction exists before final judgment is entered.

DATED this 10th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE