# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff

v.

MITCHELL S. BISSON, et al.,

    Defendants

Case No.: 2:26-cv-00216-APG-NJK

**Order Striking Certificate of Interested
Parties**

I ORDER that plaintiff ALPS Property & Casualty Insurance Company's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify ALPS' citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 16, 2026.

DATED this 3rd day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE