LAW OFFICES OF MITCHELL S. BISSON
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Ste. 202
Las Vegas, NV 89128
Tel. No.: (702) 602-4990
Mbisson@BissonLegal.com
*Attorney for Defendants Mitchell S. Bisson, Esq.*
*and Mitchell S Bisson, Esq., LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY;<br><br>Plaintiff,<br>vs.<br><br>MITCHELL S. BISSON, ESQ.; MITCHELL S BISSON, ESQ., LLC d/b/a LAW OFFICES OF MITCHELL S. BISSON; and DOES 1–10,<br><br>Defendants. | CASE NO.: 2:26-cv-00216-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 15] AND OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 19]**<br><br>**[FIRST REQUEST]** |

COMES NOW, Defendants MITCHELL S. BISSON, ESQ. and MITCHELL S. BISSON, ESQ., LLC (the "Bisson Defendants"), and Plaintiff ALPS PROPERTY & CASUALTY INSURANCE COMPANY ("ALPS"), stipulate and agree, subject to the Court's approval, to extend the date by which Defendants may file its reply in support of its Motion to Dismiss (ECF No. 15) and Opposition to Motion for Summary Judgment (ECF No. 19) to May 29, 2026. This is the first request to extend this deadline. In support of this request, the parties state:

1. On April 6, 2026, Bisson Defendants filed their Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. See ECF No. 15.

2. On April 20, 2026, ALPS filed its Response to the Motion to Dismiss (see ECF No.

-1-

18) and a Counter-Motion for Summary Judgment (see ECF No. 19).

3. Pursuant to LR 7-2(b), the Bisson Defendants' reply in support of its Motion to Dismiss was due on May 4, 2026 and the Bisson Defendants' Response to ALPS's Motion for Summary Judgment is due May 11, 2026.

4. The Bisson Defendants (and accordingly, Defendants' counsel of record) are currently in the midst of preparing for a jury trial in the Eighth Judicial District Court, State of Nevada which begins on May 11, 2026. Accordingly, the Bisson Defendants and their counsel need additional time within which to properly reply and respond to ALPS's recent filings.

4. Prior to the May 4, 2026 deadline for the reply in support of Motion to Dismiss, the Bisson Defendants contacted Plaintiff's counsel and requested an extension of time within with to file their Reply in support of Motion to Dismiss and Response to Motion for Summary Judgment, to which Plaintiff's counsel agreed.

5. Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay. Accordingly, good cause exists to extend the subject deadline.

/…/…/

/…/…/

/…/…/

-2-

6. This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

**LAW OFFICES OF MITCHELL S. BISSON**

*/s/ Mitchell S. Bisson, Esq.*
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Ste. 202
Las Vegas, NV 89128
*Attorney for Defendants*

**GARIN LAW GROUP**

*/s/ Joseph P. Garin, Esq.*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: May 6, 2026

-3-