# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPS Property and Casualty Insurance Company, | Case No. 2:26-cv-00216-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| Mitchell S. Bisson, Esq., et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). If one or more parties believe a stay of discovery is warranted given the pending motion to dismiss and countermotion for summary judgment, a request seeking that relief must be filed by June 5, 2026. Otherwise, the parties must file a joint discovery plan must be filed by June 12, 2026.

IT IS SO ORDERED.

Dated: May 28, 2026

_____
Nancy J. Koppe
United States Magistrate Judge