**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPS Property and Casualty Insurance Company,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Mitchell S. Bisson, Esq., et al.,<br><br>　　　Defendant(s). | Case No. 2:26-cv-00216-APG-NJK<br><br>**ORDER** |

Pending before the Court is a stipulation to stay discovery. Docket No. 24. Although the stipulation indicates that the parties seek a stay of discovery pending resolution of their counter-motions, the stipulation does not provide meaningful explanation as to why the pendency of those motions warrants a stay of discovery. The Court hereby **SETS** a telephonic hearing on that stipulation for 11:00 a.m. on June 5, 2026. Counsel must coordinate the telephonic appearance(s) with the undersigned's courtroom administrator.

IT IS SO ORDERED.

Dated: May 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1