# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALPS Property and Casualty Insurance Company,

     Plaintiff(s),

v.

Mitchell S. Bisson, Esq., et al.,

     Defendant(s).

Case No. 2:26-cv-00216-APG-NJK

**ORDER**

Pending before the Court is a stipulation to stay discovery pending resolution of the motion to dismiss and cross motion for summary judgment. Docket No. 24. The mere pendency of dispositive motions is insufficient, standing alone, to warrant a stay of discovery. *Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 601 (D. Nev. 2011). Instead, the Court must, *inter alia*, be convinced that the case will conclude based on the underlying dispositive motions. *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1] The stipulation makes no such showing. Accordingly, the stipulation to stay discovery is **DENIED** without prejudice and the hearing on that stipulation is **VACATED**. A renewed request to stay discovery must be filed by June 10, 2026.

IT IS SO ORDERED.

Dated: June 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] In most cases, that generally would mean that the Court is convinced that a case will be terminated through the granting of a motion to dismiss. In the context of cross-dispositive motions, however, parties may argue that the case will inevitably be resolved (one way or the other) through resolution of the motions.

1