LAW OFFICES OF MITCHELL S. BISSON
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Ste. 202
Las Vegas, NV 89128
Tel. No.: (702) 602-4990
Mbisson@BissonLegal.com
*Attorney for Defendants Mitchell S. Bisson, Esq.*
*and Mitchell S Bisson, Esq., LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY;<br><br>Plaintiff,<br>vs.<br><br>MITCHELL S. BISSON, ESQ.; MITCHELL S BISSON, ESQ., LLC d/b/a LAW OFFICES OF MITCHELL S. BISSON; and DOES 1–10,<br><br>Defendants. | CASE NO.: 2:26-cv-00216-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 15] AND OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 19]**<br><br>**[THIRD REQUEST]** |

COMES NOW, Defendants MITCHELL S. BISSON, ESQ. and MITCHELL S. BISSON, ESQ., LLC (the "Bisson Defendants"), and Plaintiff ALPS PROPERTY & CASUALTY INSURANCE COMPANY ("ALPS"), stipulate and agree, subject to the Court's approval, to extend the date by which Defendants may file its reply in support of its Motion to Dismiss (ECF No. 15) and Opposition to Motion for Summary Judgment (ECF No. 19) to June 17, 2026. This is the third request to extend this deadline. In support of this request, the parties state:

1. On April 6, 2026, Bisson Defendants filed their Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (see ECF No. 15).

2. On April 20, 2026, ALPS filed its Response to the Motion to Dismiss (see ECF No.

-1-

18) and a Counter-Motion for Summary Judgment (see ECF No. 19).

3. The parties subsequently entered into a Stipulation and Order to extend the due dates to May 29, 2026, as Defense counsel was in the midst of a jury trial. This Honorable Court ordered the same (see ECF Nos. 20 and 21).

4. As the May 29, 2026 date was coming near, Defendants'/Defense Counsel's trial was currently *still going on*, and as such, the parties submitted a second Stipulation and Order to extend the due dates to June 12, 2026. This Honorable Court ordered the same (see ECF Nos. 23 and 27).

5. Defendants/Defense Counsel's trial has now concluded, but Defendants are still in the process of finalizing its reply and response, and as such, Defendants still need an additional five days within which to file the same.

6. Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay. Accordingly, good cause exists to extend the subject deadline.

/…/…/

/…/…/

/…/…/

7. This stipulation is submitted in good faith and not for purposes of improper delay.

8. The parties anticipate that this is the final extension of the above deadlines that will be necessary.

IT IS SO STIPULATED.

**LAW OFFICES OF MITCHELL S. BISSON**

*/s/ Mitchell S. Bisson, Esq.*
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Ste. 202
Las Vegas, NV 89128
*Attorney for Defendants*

**GARIN LAW GROUP**

*/s/ Joseph P. Garin, Esq.*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated:   June 15, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE